973 A.2d 408

**Joseph VICARI, as Administrator of the Estate of Barbara Vicari, Deceased**

v.

**Joseph R. SPIEGEL, M.D., Pramila Rani Anne, M.D., and Jefferson Radiation Oncology Associates,**

**Petition of Pramila Rani Anne, M.D. and Jefferson Radiation Oncology Associates.**

Supreme Court of Pennsylvania.

May 27, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day May 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below: Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity is:

Whether respondent's medical oncology expert was qualified to render standard of care opinions against an otolaryngologist and radiation oncologist under Section 512 of the Medi-

cal Care Availability and Reduction of Error Act, 40 P.S. § 1303.512.